E-FILED
Monday, 08 May, 2017 01:28:37 PM
Clerk, U.S. District Court, ILCD

To Whom it may concern,

I am writing on behalf of Jimmy Parker. I have known Jimmy for over 40 years. He is the younger brother of one of my younger sisters best friend. This has allowed me to know Jimmy really well over all of the years. Jimmy has always been one of the sweetest guys I have ever met.

Jimmy has always been very involved and supportive of his family and friends. Even when we would run into each other out anywhere he has always been extremely polite and well manered. He is also very protective and there to make sure his friends are always okay.

I have seen him multiple times coming to the aid of friends in need or just being a protective force to myself or my friends when others were ~~[illegible]~~ starting problems for others.

Jimmy has always been that protective brother role for me and others.

Even when life kept us apart for lengths of time I would hear stories

of what he was up to from his sister like all siblings do. Through his sister I have always been able to keep up with what is going on in his life.

With his current situation I am saddened to hear that some of the people who he has helped out repeatedly over the years are now trying to paint a picture of Jimmy that in the 40+ years that I have known him I have never heard any one describe him as threatening or menacing. I have to only wonder what they feel that they will gain by making up such cruel and vicious fabrications.

I hope that Jimmy will get a fair verdict and will be able to rejoin his family soon. I know that nothing would make his family and friends happier.

Thank you for taking the time to listen to me and his other friends and family to help try to let you know the Jimmy we do.

~~Sincerel~~ Sincerely, Cheryl McK[illegible]

April 12, 2017

To Whom it may concern,

I am writing to you as a reference for Jimmy Parker. I have known Jimmy for over 30 years. He is a really sweet guy and would do anything for anyone. He loves his family, especially his nieces and nephews. No, he is not a Saint. He got into drugs and they messed up his life. Because of this he made some bad choices & some mistakes but him going to prison for so many years is not going to make him get any better. He needs to do drug classes and counseling. Thank you for listening.

Sincerely,

Tina Herrera
1625 N. Edward St.
Decatur, IL.
62526
(217) 412-8423

My name is Alicia Riedel, I have known Jimmy since we were young. He was three years old when I met him. He was an active boy always into sports, friends with everyone. He has worked all his life to get ahead. He moved a block away from his parents so he could help take care of them. He has always been there if anyone needed anything. He came & helped me at my mother's house when I needed him. Jimmy is a guy who got in with the wrong crowd but he is still the same good hearted person he has always been. I have faith that Jimmy has learned from this. I wish for him to do his time and learn from it. I just wish that there was a way for the court to have known him before this. I love Jimmy & always will.

Sincerely

Alicia Riedel

To Whom it may concern,

My name is, Becky Eckart. I have known Jimmy Parker for about 25 years now.

He was always the loudest laugh in the room, outgoing and funny. A friend that would do whatever he could to help if you needed a hand. He even helped us move. And, if you have ever moved, you find out who your real friends are!!

We spent endless days playing board games, playing pool, just hanging out listening to music. Then we (myself and my husband) had a son. Jimmy was great with him, entertaining him with funny sounds and faces, and that contagious laugh!

Life happened and my family grew. We don't see Jimmy often now.

I know he is a good person. He would never intentionally hurt anyone.

His addiction smothered his spark. He needs rehab, to become the friend he is, to find the kind, funny man he is.

Not jail or prison, where he will be lost.

Please consider the person inside. Treat the condition. Don't toss him to the side.

Sincerely,

Becky Eckart

I am a proud new grandma. I would love to see Jimmy put a smile on my grandsons face, as he did my son. Please give him that chance.

TO WHOM IT MAY CONCERN,

I HAVE KNOWN JIMMY FOR OVER THIRTY YEARS. WE WENT TO SCHOOL TOGETHER, PLAYED BASEBALL TOGETHER, WE WERE PRETTY CLOSE, BACK IN THE DAY. IT'S BEEN A WHILE SINCE I'VE SEEN HIM, SO THIS COMES AS A SURPRISE TO ME THAT I AM WRITING TO YOU. THE JIMMY I REMEMBER WAS A KIND, CONSIDERATE YOUNG MAN. HE WAS A LOVING SON, AND HE WAS A GREAT BROTHER TO JON AND NANCY. HE WAS ALSO A GREAT FRIEND, NOT ONLY TO ME, BUT COUNTLESS OTHERS AS WELL. I TOO, HAD A BOUT WITH ADDICTION, THANKFULLY I HAD THE POWER TO GET BACK ON TRACK. UNFORTUNATELY AS YOU WELL KNOW, BEING A JUDGE, SOME PEOPLE TAKE LONGER TO FIND THAT POWER WITHIN THEIRSELVES. I TRULY BELIEVE, THAT WITH HELP, JIMMY CAN OVERCOME THIS, AND AGAIN BE A PRODUCTIVE MEMBER OF SOCIETY. SO, IN CLOSING, I HOPE THAT YOU WILL LOOK IN AND SEE THE REAL JIMMY, NOT JUST THE ADDICT, HE TRULY IS A GREAT PERSON. I HOPE YOU TAKE THIS LETTER AND ANY OTHERS INTO CONSIDERATION AT THE TIME OF SENTENCING.

SINCERELY, Jason M. Pagel

TO WHOM IT MAY CONCERN,

MY NAME IS CARL MENDENALL AND I AM THE FINANCE MANAGER AT MILES CHEVROLET IN DECATUR ILLINOIS. I WANT TO WRITE THIS LETTER ON BEHALF OF JAMES B. PARKER WHO IS CURRENTLY BEING HELD IN MOULTRIE COUNTY JAIL.

I HAVE KNOWN JIMMY FOR ALL OF MY ADULT LIFE AND AS YOU COULD IMAGINE WE HAVE SOME REALLY GOOD STORIES TO SHARE OVER THE YEARS. I WANTED TO SHARE WITH YOU SOME OF MINE. JIMMY HAS ALWAYS BEEN A GREAT FRIEND, PROBABLY ONE OF THE BEST FRIENDS ANYONE COULD EVER HAVE. I KNOW THAT DOESN'T REALLY MEAN ANYTHING WHEN IT COMES TO THE CHARGES THAT ARE BEING BROUGHT DOWN ON HIM NOW, BUT I JUST WANT TO SHARE WITH YOU A LITTLE ABOUT HIM.

JIMMY COMES FROM A GREAT FAMILY, AND HE HAS ALWAYS BEEN THAT FRIEND THAT I COULD CALL IF I EVER NEEDED HELP WITH ANYHING. YOU SEE, I AM NOT A HANDS ON TYPE OF PERSON WHEN IT COMES TO ANY KIND OF HOME REPAIRS OR MUCH OF ANYTHING ELSE THAT HAS ANYTHING TO DO WITH TOOLS. JIMMY WAS THE ONE PERSON THAT I KNEW THAT IF I CALLED HIM, HE WOULD JUMP AT THE CHANCE TO COME HELP. THAT IS JUST HIS NATURE. I HAVE A CERTAIN LEVEL OF TRUST FOR HIM THAT I WOULD NOT HAVE FOR ANYONE ELSE.

THERE WERE TIMES OVER THE YEARS THAT I WAS JUST READY TO GIVE UP, AND JIMMY WOULD ALWAYS BE THERE TO PICK ME UP AND GIVE ME SOME REALLY GOOD ADVICE. HE ALWAYS KNEW HOW TO GET ME BACK ON TRACK. JIMMY TAUGHT ME A LOT OF THINGS OVER THE YEARS AS WELL, FROM ANYTHING TO FIXING A HEATER TO HANGING DRYWALL. HE IS A VERY SKILLED AT WHAT HE DOES AND I THINK THAT GIVEN THE CHANCE HE WOULD BE ABLE TO GET BACK ON TRACK AGAIN. PLEASE CONSIDER THIS WHEN HANDING DOWN HIS SENTENCE. WE ALL MAKE MISTAKES IN LIFE, BUT IT'S WHAT WE DO AFTER THAT COUNTS. THANK YOU FOR YOUR TIME.

SINCERELY,

CARL G MENDENALL