E-FILED
Thursday, 11 May, 2017 02:15:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 16-20051 |
| JAMES PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE SENTENCING**

COMES NOW the United States of America, by Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Assistant United States Attorney Bryan Freres, and hereby moves to continue the defendant's sentencing, which is presently set for Monday, May 15, at 1:30 p.m., for a period of 30 days.

Defense counsel has requested to meet regarding the PSR in this case, and because of various commitments across the District, including (but certainly not limited to) a trial on behalf of another AUSA beginning on Tuesday, the undersigned has been unable to schedule the meeting. Additionally, there was a miscommunication with the Probation Office regarding the base offense level that resulted in a change between the initial and revised PSR with which the United States now must object. The United States agrees with defense counsel that the parties could benefit from some discussions that could smooth the issues for sentencing. Moreover, as noted, the undersigned is scheduled to be in trial on Tuesday, and has been unable to meet with one of the potential witnesses for sentencing. The witness may be unnecessary after discussions with the Probation Office and defense counsel. The United States has spoken with defense counsel's paralegal, who indicated that defense counsel was aware of this motion and does not object to the requested

continuance.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

*/s/ Bryan D. Freres*
Bryan D. Freres
U.S. Attorney's Office
201 S. Vine St., Ste 221
Urbana, IL 61802
Telephone: 217/373-5875
Bryan.Freres@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Baku Patel.

*/s/ Bryan D. Freres*